NEW YORK STATE ELECTRIC & GAS CORPORATION, Appellant and Respondent, *v.* CITY OF PLATTSBURGH et al., Respondents and Appellants.

Submitted February 26, 1940; decided March 5, 1940.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 281 N. Y. 450.)

In the Matter of the Rehabilitation of HOME TITLE INSURANCE COMPANY.

DEL RITZ HOLDING COMPANY, INC., Appellant; FREDERICK L. CRANFORD, as Trustee, et al., Respondents.

Submitted February 26, 1940; decided March 5, 1940.

*Charles Waters* for motion.
*Daniel A. Lynch* and *John A. King* opposed.

Motion denied on ground that order is not final.